FILED
JUN 11 2025
CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SUPERSEDING INDICTMENT |
| Plaintiff, ) | |
| ) | JUDGE BRIDGET M. BRENNAN |
| ) | CASE NO. 1:25-CR-00040 |
| v. ) | |
| PHILLIP MORELAND, ) | Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(c)(1)(A)(i); |
| DEONTE DILLARD, ) | Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C), and 846 |
| Defendants. ) | |

### COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances,
21 U.S.C. § 846)

The Grand Jury charges:

1. Beginning on or about June 20, 2024, and continuing through on or about February 18, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants PHILLIP MORELAND and DEONTE DILLARD did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with diverse others known and unknown to the Grand Jury, to distribute and possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about December 2, 2024, in the Northern District of Ohio, Eastern Division, Defendant PHILLIP MORELAND did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 3
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

3. On or about December 2, 2024, in the Northern District of Ohio, Eastern Division, Defendant PHILLIP MORELAND did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 4
(Felon in Possession of a Firearm,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4. On or about December 2, 2024, in the Northern District of Ohio, Eastern Division, Defendant PHILLIP MORELAND, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Drug Possession, on or about January 17, 2008, in case number CR-06-488263; Failure to Comply and Drug Possession, on or about January 17, 2008, in case number CR-07-491846; Felonious Assault, on

or about January 17, 2008, in case number CR-07-497304, all in the Cuyahoga County Court of Common Pleas, and Tampering with Evidence and Drug Possession, on or about May 12, 2016, in case number CR-15-001029, in the Lake County Court of Common Pleas, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a 9mm CZ P.10 bearing serial number C931668; said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 5
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

5. On or about December 2, 2024, in the Northern District of Ohio, Eastern Division, Defendant PHILLIP MORELAND did possess a firearm in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Counts 2 and 3, of this Superseding Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 6
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

6. On or about February 18, 2025, in the Northern District of Ohio, Eastern Division, Defendant DEONTE DILLARD did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 7
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

7. On or about February 18, 2025, in the Northern District of Ohio, Eastern Division, Defendant DEONTE DILLARD did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

8. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 7, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendants PHILLIP MORELAND and DEONTE DILLARD shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all firearms and ammunition involved in or used in the commission of such violations; including, but not limited to, the following: a 9mm CZ P.10 bearing serial number C931668, and miscellaneous ammunition, seized on December 2, 2024.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.